[No. 40449-4-II.   Division Two.   December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BRADFORD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01944-6, Stephanie A. Arend, J., entered March 12, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 40514-8-II.   Division Two.   December 13, 2011.]

DEA/TAHOMA NARCOTICS ENFORCEMENT TEAM, *Respondent*, v. ONE 2001 BMW X5 VIN WBAFA53551LM75717, *Defendant in Rem*, ANGELA FINLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-10188-0, Linda CJ Lee, J., entered February 24, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Johanson, JJ.

[No. 40936-4-II.   Division Two.   December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNETTE E. AULIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00663-1, Nelson E. Hunt, J., entered June 30, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 28927-3-III.   Division Three.   December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-00233-4, Blaine G. Gibson, J., entered March 19, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.